USDC SCAN INDEX SHEET










BAR    11/15/05    10:37

3:05-CV-01483    CHENOWTH V. SACKETT

*15*

*NTCF.*

ORIGINAL

1  Rob G. Leach/SBN 132944
   William I. Chopak/ SBN 98934
2  **CHARMASSON, BUCHACA & LEACH, LLP**
   1545 Hotel Circle South, Suite 150
3  San Diego, California 92108
   Telephone (619) 294-2922
4  Telefax (619) 294-8674



FILED

05 NOV 14 PM 4:08

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

5  Attorneys for Plaintiffs, LYNN CHENOWTH; and TRANSPORTATION
   EQUIPMENT, INC. dba PULLTARPS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN CHENOWTH; TRANSPORTATION EQUIPMENT, INC. dba PULLTARPS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. SACKETT; STEVE AND LAURIE HANGER, CO-TRUSTEES OF THE WILBUR L. HANGER TRUST; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO:05cv1483 B (WMc)<br><br>**JOINT DISCOVERY PLAN SUBMITTED BY PLAINTIFFS AND DEFENDANT ROBERT SACKETT** |

Plaintiffs, LYNN CHENOWTH and TRANSPORTATION EQUIPMENT, INC. dba PULLTARPS, (collectively known hereinafter as "PULLTARPS") by an through their attorneys of record, CHARMASSON, BUCHACA & LEACH, and Defendant and Counter-Claimant ROBERT SACKETT, (hereinafter "SACKETT"), by and through his attorney of record, GARY L. EASTMAN, submit the following Discovery Plan pursuant to the Order of this Court, dated October 11, 2005. Defendants STEVE and LAURIE HANGER, TRUSTEES OF THE ESTATE OF WILBUR L. HANGER, have been served with Plaintiff's 1st Amended Complaint but have not



1

yet appeared in this action. Following are the lists of Written Discovery, Witnesses, Documents and Deposition Dates proposed by the parties:

**Written Discovery**

| Party | Type | Date |
|---|---|---|
| Plaintiffs | Interrogatories | November 30, 2005 |
| Plaintiffs | Requests for Production | November 30, 2005 |
| Plaintiffs | Requests for Admission | November 30, 2005 |
| Plaintiffs | Follow-up written discovery | January 30, 2005 |
| Defendant | Interrogatories | November 30, 2005 |
| Defendant | Request for Production | November 30, 2005 |
| Defendant | Request for Admissions | November 30, 2005 |
| Defendant | Follow-up written discovery | January 30, 2005 |

**Percipient Witnesses**

| Party | Name and Address | Area of Testimony |
|---|---|---|
| Plaintiff | Lynn Chenowth, Pulltarps, 1404 N. Marshall Ave., El Cajon, CA 9202 | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| Plaintiff | Joe Klaussen, Pulltarps, address previously listed. | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| Plaintiff | Bill Losse, Pulltarps, address previously listed. | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| Plaintiff | Glen Ray, Pulltarps, address previously listed. | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| Plaintiff | Enrique Certa, Pulltarps, address previously listed | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |

2

| # | | | |
|---|---|---|---|
| 1, 2, 3 | Plaintiff | Laurie Maguire, Pulltarps, address previously listed | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| 4, 5 | Plaintiff | Doug Wells, Pulltarps (retired), (Address to be provided), (619) 593-7307 | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| 6, 7, 8 | Plaintiff | Denise Leacu, address and telephone to be provided when ascertained | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| 9, 10 | Plaintiff | Sandra Hinds, Former Pulltarp employee, address and telephone to be provided when ascertained | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| 11, 12, 13 | Plaintiff | Paul Williams, Australia, address unknown, but will be provided when ascertained | Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, and/or unfair business practices |
| 14, 15 | Plaintiff | Robert Sackett, defendant | Party and Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| 16, 17 | Plaintiff | Steve Hanger, defendant trustee | Party and Percipient witness to facts and circumstances surrounding the subject patent |
| 18 | Plaintiff | Laurie Hanger, defendant trustee | Party and Percipient witness to facts and circumstances surrounding the subject patent |
| 19, 20 | Plaintiff | Frank Gilliam, address unknown but will be furnished upon receipt | Percipient witness to facts and circumstances surrounding the subject patent |
| 21, 22 | Plaintiff | Geraldine K. Averill, 15935 No. 137 Spring Oaks Road, El Cajon, CA 92021 | Percipient witness to facts and circumstances surrounding the subject patent |
| 23, 24, 25 | Plaintiff | John West, 1151 Bay Blvd., #D, Chula Vista, CA 91911, 619-575-4011 | Party and Percipient witness to facts and circumstances surrounding the business dealings between the parties, the subject patent, trademark, and/or unfair business practices |
| 26, 27, 28 | Plaintiff | Person most knowledgeable from Sunset Trucking regarding sales records regarding slope detectors | Percipient witness to facts and circumstances surrounding the product sales/purchases, unfair business practices and trademark issues |

3

**Deposition Schedule:**

Plaintiff    Percipient witness depositions to begin by end of January, 2006 and to be completed by end of March, 2006.

Plaintiff    Expert Witness Depositions to begin by June, 2006 and to be completed by August 30, 2006.

William I Chopak and Gary Eastman, counsel for Plaintiffs and Defendant Sackett, respectively, participated in a Rule 26 (f) Conference on October 31, 2005, as Ordered by the Court. For unknown reasons, Plaintiff has not received Defendant Sackett's witness information to be input into this Discovery Plan, and plaintiff has been unable to secure defendant's signature below.

Dated: November 10, 2005    CHARMASSON, BUCHACA & LEACH, LLP

_____
Rob G. Leach
Attorneys for Plaintiffs

Dated: November 10, 2005    LAW OFFICE OF GARY L. EASTMAN

_____
Gary L. Eastman
Attorney for Defendant Robert Sackett

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CHENOWTH v. SACKETT, et al                                         Case # 05cv1483-b (WMc)

---

Rob G. Leach
**Charmasson, Buchaca & Leach, LLP**                              (619)294-2922
1545 Hotel Circle South, Suite 150                                (619)294-8674 fax
San Diego, California 92108
e-mail: rob@charmasson.com

Attorneys for Plaintiffs, LYNN CHENOWTH and TRANSPORTATION EQUIPMENT, INC. dba PULLTARPS

## PROOF OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On **November 10, 2005** I served the documents described as: **JOINT DISCOVERY PLAN SUBMITTED BY PLAINTIFFS AND DEFENDANT ROBERT SACKETT** on the interested parties in this action as follows:

[X]   U.S. MAIL: by placing the original and/or a true copy thereof via U.S. Mail, enclosed in sealed envelopes addressed as set forth below.

[ ]   CERTIFIED MAIL: by placing the original and/or a true copy thereof via U.S. Certified Mail, return receipt requested, enclosed in sealed envelopes addressed as set forth below.

[ ]   EXPRESS MAIL: by placing the original and/or a true copy thereof via Express Mail for overnight delivery, enclosed in sealed envelopes and addressed as set forth below.

[ ]   FACSIMILE: by sending a true copy thereof by facsimile to the following persons and fax numbers.

[ ]   PERSONAL SERVICE: by personally delivering, or causing the personal delivery, of the documents to the persons at the addresses set forth below.

Gary Eastman, Esq.                                Ron Lauter, Esq.
**Law Office of Gary Eastman**                    **Campbell, Volk & Lauter**
707 Broadway St., #1800                           5040 Shoreham Place, #150
San Diego, CA 92101                               San Diego, CA 92122
Tel 619-230-1144                                  Tel 858-455-8555
Fax 619-230-1194                                  Fax 858-546-1188
Email garyeastman@sbcglobal.net

[X]   I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery through U.S. Mail or Certified Mail. Under that practice, the document would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   I am "readily familiar" with the firm's practice of collection and processing of documents for delivery through Express Mail for overnight delivery. Under that practice, the document would be deposited at San Diego, California in the ordinary course of business with Federal Express delivery service on that same day for overnight delivery.

[ ]   I am readily familiar with the firm's practice of processing documents for facsimile which are faxed each business day from our San Diego office before the close of business.

**I DECLARE UNDER PENALTY OF PERJURY** under the laws of the State of California that the above is true and correct.

Dated:   November 10, 2005

                                                  Rob G. Leach



1  Gary L. Eastman, CSB #182518
2  707 Broadway Street, Suite 1800
   San Diego, California 92101
3  Telephone (619) 230-1144
   Facsimile (619) 230-1194
4  Attorney for Defendant and
5  Counter Claimant Robert Sackett

8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

12  LYNN CHENOWTH, TRANSPORTATION  )  Case No.: 05CV1483 JM (JFS)
13  EQUIPMENT, INC. dba PULLTARPS, )  **PROOF OF SERVICE**
                                   )
            Plaintiffs,            )
                                   )
       vs.                         )
                                   )
    ROBERT L. SACKETT, WILBUR L.   )
    HANGER, and DOES 1 to 100, inclusive, )
                                   )
            Defendants             )
                                   )
    ─────────────────────────────  )
    ROBERT L. SACKETT,             )
                                   )
            CounterClaimant,       )
                                   )
       vs.                         )
                                   )
    LYNN CHENOWTH, TRANSPORTATION  )
    EQUIPMENT, INC. dba PULLTARPS, )
                                   )
            Counterdefendants.     )
                                   )
                                   )
    ─────────────────────────────  )

PROOF OF SERVICE

I am a citizen of the United States and a member of the Bar of California. I am over the age of eighteen years, and not a party to this action. I am a resident of this State, and have an office located at 707 Broadway Street, Suite 1800, San Diego, California 92101.

On August 26, 2005, I served the following:

JOINT DISCOVERY PLAN SUBMITTED BY PLAINTIFFS AND DEFENDANT ROBERT SACKET, and

PROOF OF SERVICE

On the person stated below by following means of service:

| | |
|---|---|
| Rob Leach, Esq.<br>Charmasson, Buchacca & Leach, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, California 92108 | Attorney for Plaintiff/Counterdefendant<br>Lynn Chenowth & Transportation Equip.<br>Inc., dba PULLTARPS |

By placing the documents listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail in San Diego, California addressed as set forth above. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party serviced, services is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mail in affidavit.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 14, 2005, at San Diego, California.

Gary L. Eastman